

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 15−50158
Chapter 7

In Re: **Debtor(s)** (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Jack Richardson<br>    aka Michael Jack Richardson Sr, aka Mike Richardson<br>266 Tindall Drive<br>North Wilkesboro, NC 28659<br>Social Security No.: xxx−xx−7712 | Donna Kelly Richardson<br>    aka Donna Lee Richardson, fka Donna Lee Kelly<br>266 Tindall Drive<br>North Wilkesboro, NC 28659<br>Social Security No.: xxx−xx−7378 |

# NOTICE TO CREDITORS OF POSSIBLE DIVIDEND

**YOU ARE HEREBY NOTIFIED** pursuant to Rule 3002(c)(5) that payment of a dividend in the above−referenced case appears possible.

You must file a claim at the address indicated below no later than 90 days from the date of this notice. If you have already filed a claim in this case, you need not refile your claim.

For Governmental units, a proof of claim must be filed by the 90−day deadline or 180 days after the date of the order for relief in the case, whichever is later.

**TAKE FURTHER NOTICE THAT ALL PROOFS OF CLAIM, INCLUDING ATTACHMENTS, MUST BE FILED ELECTRONICALLY WITH THE CLERK OF BANKRUPTCY COURT. Instructions can be found on the Bankruptcy Court's web site at www.ncwb.uscourts.gov. A password or login is not required to file a claim.**

Dated: August 28, 2015                                                                                                Steven T. Salata
                                                                                                                                   Clerk of Court

Electronically filed and signed (8/28/15)